# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | **AMENDED JUDGMENT**<br>**IN A CRIMINAL CASE** |
| v. | |
| THOMAS A. GERVAIS | Case Number: 14-CR-208<br>USM Number: 13378-089 |
| Date of Original Judgment: | Thomas E. Phillip |
| April 15, 2015 | Defendant's Attorney |
| (or date of last Amended Judgment) | |
| | William J. Roach |
| | Assistant United States Attorney |

**Reason for Amendment:**

☒ Correction of Sentence for Clerical Mistake
   (Fed.R.Crim.P.36)

THE DEFENDANT pleaded guilty to counts one and two of the indictment.

The defendant is adjudicated guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| **18 U.S.C. § 2251(a)** | **Production of Child Pornography** | **February 12, 2014** | **1 and 2** |

The defendant is sentenced as provided in Pages 2 through 6 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

Counts three and four are dismissed on the motion of the United States.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant shall notify the court and the United States attorney of material changes in the defendant's economic circumstances.

Date of Imposition of Judgment
April 13, 2015

s/ William C. Griesbach, Chief Judge, United States District Court
Signature of Judicial Officer

April 16, 2015
Date

Defendant: THOMAS A. GERVAIS
Case Number: 14-CR-208

## IMPRISONMENT

\*      The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of twenty-five (25) years as to count one and twenty (20) years as to count two, to run consecutively to each other for a total term of forty-five(45) years imprisonment.

☐      The court makes the following recommendations to the Bureau of Prisons:

☒      The defendant is remanded to the custody of the United States Marshal.

☐      The defendant shall surrender to the United States Marshal for this district

      ☐      at _____ a.m./p.m. on _____.

      ☐      as notified by the United States Marshal.

      ☐      as notified by the Probation or Pretrial Services Office.

☐      The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons,

      ☐      before _____ a.m./p.m. on _____.

      ☐      as notified by the United States Marshal.

      ☐      as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By: _____
    Deputy United States Marshal

Defendant: THOMAS A. GERVAIS
Case Number: 14-CR-208

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for term of life as to both counts one and two.

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance.  The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.

☐    The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse.

☒    The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

☒    The defendant shall cooperate in the collection of DNA as directed by the probation officer.

☒    The defendant shall comply with the requirements of the Sex Offender Registration and Notification Act (42 U.S.C. § 16901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he or she resides, works, is a student, or was convicted of a qualifying offense.

☐    The defendant shall participate in an approved program for domestic violence.

If this judgment imposes a fine or a restitution obligation, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

Defendant: THOMAS A. GERVAIS
Case Number: 14-CR-208

## ADDITIONAL SUPERVISED RELEASE TERMS

1.      The defendant shall have no contact with the victim (including letters, communication devices, audio or visual devices, visits, or any contact through a third party) without prior written consent of his supervising probation officer.

Defendant: THOMAS A. GERVAIS
Case Number: 14-CR-208

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the Schedule of Payments on the attached page.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **Totals:** | $200.00 | $ | $ |

☐　　The determination of restitution is deferred until ___.  An *Amended Judgement in a Criminal Case* (AO 245C) will be entered after such determination.

☐　　The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If a defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below.  However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **\*\*Total Loss** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| **Totals:** | $ | $ | |

☐　　Restitution amount ordered pursuant to plea agreement: $_____.

☐　　The defendant must pay interest on any fine or restitution of more than $2,500.00, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f).  All of the payment options on the Schedule of Payments may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐　　The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

　　　☐　　the interest requirement is waived for the ☐ fine ☐ restitution.

　　　☐　　the interest requirement for the ☐ fine ☐ restitution,  is modified as follows:

\*\*　　Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

Defendant: THOMAS A. GERVAIS
Case Number: 14-CR-208

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

**A**   ☒   Lump sum payment of $200.00 due immediately.

**B**   ☐   Payment to begin immediately (may be combined with ☐ C, ☐ D, ☐ E, or ☐ F below; or

**C**   ☐   Payment in equal monthly installments of not less than $___ or 10% of the defendant's net earnings, whichever is greater, until paid in full, to commence 30 days after the date of this judgment; or

**D**   ☐   Payment in equal monthly installments of not less than $___ or 10% of the defendant's net earnings, whichever is greater, until paid in full, to commence 30 days after release from imprisonment to a term of supervision; or

**E**   ☐   Payment during the term of supervised release will commence within 30 days after release from imprisonment.  The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F**   ☐   Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise in the special instructions above, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment.  All criminal monetary penalties, except those payments made through the Bureau of Prisons' Inmate Financial Responsibility Program are made to the clerk of court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐   Joint and Several
Defendant and Co-Defendant Names, Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate:

☐   The defendant shall pay the cost of prosecution

☐   The defendant shall pay the following court costs

☒   The defendant shall forfeit the defendant's interest in the following property to the United States:
Dell Inspiron laptop, model N5050, serial number 948JHR1, containing a Seagate 500GB hard drive, serial number S2W8PEL9.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.