UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

       Plaintiff,

       v.                           Case No. 14-CR-208

THOMAS A. GERVAIS,

       Defendant.

## A F F I D A V I T

| STATE OF WISCONSIN | ) |
|---|---|
|  | )ss |
| COUNTY OF BROWN | ) |

I, William J. Roach, being first duly sworn do hereby depose and say that:

1.    I am the Assistant United States Attorney assigned to handle the prosecution of the above-entitled matter.

2.    This affidavit is submitted in support of the government's motion for an order and judgment of forfeiture.

3.    On March 17, 2015, this Court issued an order forfeiting the interest of defendant Thomas A. Gervais in the property listed in the forfeiture notice of the Indictment filed on November 4, 2014.  R. 20.

4.    On April 29, 2015, the government filed a notice of forfeiture with respect to the property named in this Court's March 17, 2015 forfeiture order, and caused this notice to be posted on an official government internet site for at least 30 consecutive days, beginning on

April 30, 2015 and ending on May 29, 2015, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). Copies of the Declaration of Publication, Notice of Forfeiture, and Advertisement Certification Report evidencing notice of the forfeiture action are attached hereto as <u>Exhibit A</u>.

     5.     Pursuant to 21 U.S.C. § 853(n)(1), written notice of forfeiture was also mailed to all parties of record who might have a claim or interest in the property covered by this Court's March 17, 2015 forfeiture order.

     6.     Pursuant to 21 U.S.C. § 853(n)(1), interested parties must assert a claim for the forfeited property within 30 days of the final publication of notice or receipt of the notice, whichever is earlier. To date, no claims have been filed in response to the April 29, 2015 notice of forfeiture, and the time to respond has expired.

By: s/WILLIAM J. ROACH
Assistant United States Attorney
William J. Roach Bar Number: 1018756
Attorney for Plaintiff
Office of the United States Attorney
Eastern District of Wisconsin, Green Bay Division
205 Doty Street, Suite 301
Green Bay, WI 54301
Telephone: (920) 884-1067
Fax: (920) 884-2997
E-Mail: william.roach@usdoj.gov

Subscribed and sworn to before me
this 15th day of July, 2015.

s/TIM GEARY
Notary Public, State of Wisconsin
My commission: <u>is permanent</u>