IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 14-CR-208 |
| Thomas A. Gervais | ) |
| Defendant. | ) |

DECLARATION OF PUBLICATION

In accordance with 21 U.S.C. § 853(n)(1) and Rule 32.2(b)(6)(C) of the Federal Rules of Criminal Procedure, notice of the forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days, beginning on April 30, 2015 and ending on May 29, 2015. (See, Attachment 1).

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 23, 2015 at Milwaukee, WI.

_____
s/Laura Menting
Contract Legal Clerk

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WISCONSIN
# COURT CASE NUMBER: 14-CR-208; NOTICE OF FORFEITURE

Notice is hereby given that on March 17, 2015, in the case of <u>U.S. v. Thomas A. Gervais</u>, Court Case Number 14-CR-208, the United States District Court for the Eastern District of Wisconsin entered an Order condemning and forfeiting the following property to the United States of America:

A Dell Inspiron N5050 Laptop, Ser No: 948JHR1, containing a Seagate ST9500325AS 500GB Hard Drive Ser No: S2W8PEL9 which was seized from Thomas A. Gervais in Antigo, WI.

The United States hereby gives notice of its intent to dispose of the forfeited property in such manner as the United States Attorney General may direct. Any person, other than the defendant(s) in this case, claiming interest in the forfeited property must file a Petition within 60 days of the first date of publication (April 30, 2015) of this Notice on this official government internet web site, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure and 21 U.S.C. § 853(n)(1). The petition must be filed with the Clerk of the Court, 517 East Wisconsin Avenue, 3rd Floor, Milwaukee, WI 53202, and a copy served upon Assistant United States Attorney William J. Roach, #530 Federal Building, 517 East Wisconsin Avenue, Milwaukee, WI 53202. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of the right, title and interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought, pursuant to 21 U.S.C. § 853(n).

Following the Court's disposition of all petitions filed, or if no such petitions are filed, following the expiration of the period specified above for the filing of such petitions, the United States shall have clear title to the property and may warrant good title to any subsequent purchaser or transferee.

# Advertisement Certification Report

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between April 30, 2015 and May 29, 2015. Below is a summary report that identifies the uptime for each day within the publication period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

U.S. v. Thomas A. Gervais

**Court Case No:** 14-CR-208
**For Asset ID(s):** See Attached Advertisement Copy

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 04/30/2015 | 23.7 | Verified |
| 2 | 05/01/2015 | 24.0 | Verified |
| 3 | 05/02/2015 | 24.0 | Verified |
| 4 | 05/03/2015 | 23.9 | Verified |
| 5 | 05/04/2015 | 24.0 | Verified |
| 6 | 05/05/2015 | 24.0 | Verified |
| 7 | 05/06/2015 | 23.9 | Verified |
| 8 | 05/07/2015 | 24.0 | Verified |
| 9 | 05/08/2015 | 24.0 | Verified |
| 10 | 05/09/2015 | 23.9 | Verified |
| 11 | 05/10/2015 | 24.0 | Verified |
| 12 | 05/11/2015 | 24.0 | Verified |
| 13 | 05/12/2015 | 24.0 | Verified |
| 14 | 05/13/2015 | 24.0 | Verified |
| 15 | 05/14/2015 | 24.0 | Verified |
| 16 | 05/15/2015 | 24.0 | Verified |
| 17 | 05/16/2015 | 24.0 | Verified |
| 18 | 05/17/2015 | 24.0 | Verified |
| 19 | 05/18/2015 | 24.0 | Verified |
| 20 | 05/19/2015 | 24.0 | Verified |
| 21 | 05/20/2015 | 24.0 | Verified |
| 22 | 05/21/2015 | 24.0 | Verified |
| 23 | 05/22/2015 | 20.5 | Verified |
| 24 | 05/23/2015 | 24.0 | Verified |
| 25 | 05/24/2015 | 24.0 | Verified |
| 26 | 05/25/2015 | 24.0 | Verified |
| 27 | 05/26/2015 | 24.0 | Verified |
| 28 | 05/27/2015 | 24.0 | Verified |
| 29 | 05/28/2015 | 24.0 | Verified |
| 30 | 05/29/2015 | 24.0 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed.